# 09 CA 11680 PBS

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Elizabeth Campbell

(Plaintiff)

Vs.

Massachusetts DOR; Thomas Paresi, Laurie McGrath, et al.,

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

2009 OCT -2  P 2:08

U.S. Civil Statue

## G. L. c. 119A, §17. CJ-D 310 (4/07)

**JURY NOT DEMANDED**

**\*Note copy forwarded to Appellate Court**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Elizabeth Campbell

(Plaintiff)

Vs.

Massachusetts DOR; Thomas Paresi, Laurie McGrath, et al.,

**COMPLAINT:** Regarding the robbing of my son of Court ordered Child Support, and the Conspiracy to deny me that Child Support, by the very agency and government institution that is responsible for enforcing the law.

## DOR/Child-Support calculations are in conflict with the Court Ordered amounts by the late Hon. Judge Sheila McGovern.

*A COPY OF THIS COMPLAINT WILL GO TO THE APPELLATE COURT.

"Our mission...to make a difference in the lives of children by enforcing the financial responsibilities of parenthood."

The above quote comes from the Massachusetts Child Support Enforcement, "Our Purpose:" The actions of Thomas Paresi of the Salem Massachusetts office of DOR/Child support, makes a mockery of the above quote.

My case number established with the Massachusetts DOR/Child-support Bureau is: 090256763. I have been involved in this process of DOR "collecting" the Court ordered Child Support for my son, since 19--. I shall submit a copy of the ordered Child support by the late and honorable Sheila McGovern: It stipulates that the monetary support shall be $100 weekly or $200 bi weekly. The order does not say if there was a leap year then I get more, or less, and it certainly does not say that according to the calculations of the Mass DOR/Child-Support

enforcement bureau that my son is to receive $400/month. The order simply says, "$200 bi weekly.

This agency has been stealing from my son, the ordered amounts from the very inception. Whenever I asked about the re-arrears, I was told that their billing cycle causes this to happen: The last two times that I have asked, I was told that it was their calculations: The late hon. Judge Sheila McGovern did not calculate it this way, **her order is very clear!**

These people have taken advantage of my vulnerability **(AND PERHAPS OTHER FAMILIES AS WELL)** and have recently started with holding child-support from me **(MONEY THAT DOES NOT BELONG TO THE GOVERNMENT) UPON THE WORD OF A VERY CORRUPT LAWYER JEANNE KINCAID OF NEW HAMPSHIRE.**

To help you better understand this case, I have to summarize certain details. I have a disabled 12 year old son. The Hooksett School District (New Hampshire) did not supply my son with a FAPE. According to law, he was supposed to receive a free and appropriate public education. I had previously waited for 3 years for the School District to comply with the law. Eventually I was forced to take them to court. The district retained Jeanne Kincaid who under cover of a Federal judge (chief judge of the NHDC) hacked into my computer, send me pornography, death threats, left dead cats at more condo door, and contacted in excess of 35 of my employers and prospective employers: Kincaid destroyed my credit, caused me to lose my home, pet, furniture, piano, books; car; denied my son his ADD medication, karate, piano lessons and swimming, and kept me chronically unemployed.

This attorney also enlisted the help of Thomas Paresi who willingly complied in the destruction and starvation of my son and self, when he with held the child-support....**MONEY THAT DOES NOT BELONG TO THE GOVERNMENT. THE MONEY WAS SENT TO ME AT INAPPROPRIATE AND INCONVENIENT TIMES, AND DESIGNED TO INCREASE OUR SUFFERING. I CURRENTLY HAVE AN APPEAL FILED. SEE CASE N0. 09-1959.**

Mr. Paresi recently started to send me the payments as they are ordered but when Kincaid contacted him again; he decided to continue with things as before, and prior to this. I am submitting print outs as evidence.

The M.G.L. (according to Chapter 208: Section 28) speaks of the statue that governs the financial support of my son, by his father. The father has been complying with the law, but ironically Thomas Paresi of the DOR/Child Support agency of Salem Massachusetts has been engaged in an illegal pattern of racial discrimination, harassment and conspiracies and against the Massachusetts general laws under the provision, to deny my son the benefit of monies that is not government in origin! This has been a devastating hardship which has caused hunger in the past, and now that Jeanne Kincaid has caused NH to eliminate the Food stamps, and her continual denial of my right to work, as she has illegally wire-tapped my mother's telephone, and has started the process of contacting my employers again, ensuring that we will starve again!

The following statues have established my son's right to child support:

*Doe v. Roe*, 23 Mass. App. Ct. 590 (1987); (G.L. c. 209C). According to Massachusetts law, all child support orders must be collected from the noncustodial parent via wage assignment. In this case, the father has been

complying. According to G.L. C. 119A, § 12, DOR will notify the noncustodial parent's employer of the amount of money to be withheld from his or her paycheck. The employer is then required to send the support money to DOR. After it receives the money and makes an accounting, DOR will distribute the money to the custodial parent via electronic fund transfer, debit card, or paper check. In this case, the Mass DOR has not been (1) complying with the judge's order of $200 bi weekly ("no ifs, ands, or buts" this is the judge's order); (2) DOR/Child Support enforcer has seen fit to inflict financial hardship and pain upon this parent when Jeanne Kincaid came a-calling with corruption! The child support payment dates when I actually receive the funds, tells the story!

The role of the Mass DOR in this case has not been in accordance with the Statues: G.L. c. 119A, § 1, but one of a hellish nightmare! I am aware that the Mass DOR does not represent me, but does represent the State. I do not see how this agency that is responsible for enforcing the law can have a dual responsibility, that being **A VIOLATOR OF THE LAW! ACCORDING TO G.L. c. 209D, § 2-201, WE WERE NOT SERVED, AND THIS IS BY THE STATE OF MASSACHUSETTS.**

I had this complaint all finished and ready to file and then something unusual happened. Note that I say that Jeanne M. Kincaid continues to harass me via public and University's computers: Last night while online writing this, her

harassment continued (as always, with her trying to delete my documents before I could save them onto my USB), I have developed a technique to prevent this. Nevertheless, about 4 weeks ago, the Mass DOR sent me a VISA debit card. I wanted this because of the projected convenience. On Sunday September 27th, 2009 (this past week), I decided to activate the card, I am expecting Child Support this week. On Tuesday September the 29th, I decided to check the account for a balance since the updated DOR computer generates the monies being sent to my bank account the Tuesday before I get it some 2-3 days later, usually on a Friday. On Tuesday September 29th, 2009, there was no activity, and the computer told me that I had a "Zero" balance.

On Wednesday September 30th 2009 (yesterday) the computer gave me a balance but it was minus $-100. I see that the DOR having corrected their injustice of theft these past years, decided (since I mentioned Thomas Paresi's name at the appellate Court in my Brief), to institute the legal amounts ordered by the late honest, and caring Judge, **THE HONORARY Sheila McGovern of the Middlesex District Court in Cambridge, Mass.**

Half an hour ago, I noticed when I went to access the monies, that there was now "ZERO" balance in my account. I proceeded to call DOR and was told that **NO ONE WOULD BE ABLE TO ACCESS THEIR ACCOUNT UNTIL MONDAY. TODAY IS THURSDAY. NEVER IN THE ALMOST 10**

**YEARS THAT I HAVE BEEN ACCESSING MONIES HAVE I EVER HAD THIS ISSUE OF INABILITY TO ACCESS MONIES FOR 4 DAYS. THIS IS HIGHLY UNUSUAL AND SPECULATIVE.**

**COULD DOR BE A MASTER-MIND OF STEALING THOUSANDS OF $ FROM UN-SUSPECTING AND VULNERABLE PEOPLE? STEALING CHILDREN'S SUPPORT MONIES? PERHAPS THE MEDIA KNOWS?**

I THEN CALLED THE TOLL-FREE NUMBER AT THE BACK OF THE VISA CARD, AND WAS TOLD THAT NO MONIES HAD EVER BEEN SENT TO MY ACCOUNT. I AM NOT SUFFERING FROM AMNESIA. I KNOW WHAT I HEARD ON WEDNESDAY, SEPTEMBER 30TH.

Jeanne Kincaid, having bothered me all last night, had gotten word to people who have been stealing (it appears) from vulnerable people for many, many, many years. **THEFT BY THE STATE OF MASSACHUSETTS!**

**KINCAID IS VERY AFRAID THAT I SHOULD ENTER THE WASHINGTON DC TERRITORY!**

### RELIEF

I am seeking all back arrays due, and with interests. I am also seeking institutionalization of the order of the late Judge Sheila McGovern. I am seeking compensation of the denial of timely and appropriate monies that

**did/does not belong to the State in the first place, and compensation for the conspiracies denying our rights!**

Respectfully submitted,

October 1, 2009

Elizabeth Campbell,

C/O Jean Campbell,

157 Sixth St, apt 405

Cambridge, Mass, 02142